GLEN GOOGINS, ESQ.
City Attorney, CA Bar No. 137977
KAREN ROGAN, ESQ.
Assistant City Attorney, CA Bar No. 235582
ERIC ALDEN, ESQ.
Deputy City Attorney, CA Bar No. 290283
City of Chula Vista
276 Fourth Avenue
Chula Vista, CA 91910
Telephone: (619) 691-5037
Facsimile: (619) 409-5823

Attorneys for Defendants Chula Vista Police Department and City of Chula Vista

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO LEO MILLETE; JUDITH I MILLETE,<br><br>Plaintiffs,<br><br>v.<br><br>CHULA VISTA POLICE DEPARTMENT, CITY OF CHULA VISTA, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: [Case No.] 22CV1343 WQHWVG<br><br>NOTICE OF REMOVAL OF A CIVIL ACTION FILED IN STATE COURT<br><br>[28 U.S.C. § 1441(a), (c)]<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2022-00017223-CU-CR-CTL) |

**TO: CLERK OF THE ABOVE-ENTITLED COURT**

   **PLEASE TAKE NOTICE** that Defendants City of Chula Vista (City) and Chula Vista Police Department[1] (CVPD) (collectively referred to herein as "Defendants") by and through their attorney, Karen Rogan, Assistant City Attorney, respectfully remove to this Court the above-captioned civil action from the Superior Court of California, County of

---

[1] The Chula Vista Police Department is a department within the City of Chula Vista. It is not a separate entity capable suing or of being sued. The only proper entity for purposes of this action is the singular entity called City of Chula Vista.

San Diego, Case No. 37-2022-00017223-CU-CR-CTL. The grounds for this removal include the following:

1. On May 6, 2022, Plaintiffs Benito Leo Millete and Judith I Millete (collectively referred to herein as "Plaintiffs") initiated civil case number 37-2022-00017223-CU-CR-CTL in the Superior Court of California, County of San Diego. See Plaintiff's Complaint a true and correct copy of which has been filed concurrently herewith as a separate attachment per the CM/ECF removal filing guidelines.[2]

2. Plaintiffs' Complaint names City, CVPD, and DOE defendants 1 through 100 as Defendants. See Compl. ¶¶ 2, 4-5.

3. Plaintiffs' Complaint pleads six causes of action: 1) Violation of Civil Rights 42 U.S.C. 1983 (Fourth, Fifth, and Fourteenth Amendment); 2) Intentional Infliction of Mental Distress; 3) Conversion; 4) Unlawful Detention and Excessive Force; 5) Negligence; and 6) Assault. Plaintiffs do not allege these six causes of action against any one defendant, and thus Defendants presumes each are alleged against them.

4. As to the factual allegations, Plaintiffs' Complaint alleges that on May 7, 2021, July 1, 2021, and October 19, 2021, Defendants entered Plaintiffs' residence in Chula Vista and, among other alleged acts, "searched plaintiffs' home and seized their property." Compl. ¶ 1, p. 2:8-11. Plaintiffs further allege that Defendants "claim a valid search warrant" and "took guns belonging to Larry Millete's guns [sic] and Larry Millete's Lexus, Rubicon, Jeep among others."[3] Compl. ¶1, p. 2:13-16. Plaintiffs further allege Defendants went to their grandchildren's school and "*unlawfully* detained them from 9:00 a.m. to 5:30 p.m. without the plaintiffs' consent." Compl. ¶ 1, p. 2:16-18 (emphasis added).

---

[2] Defendants were not served with the original Complaint until August 9, 2022. (Discussed in more detail in paragraphs 9-11 below.)

[3] The Complaint alleges Defendants seized personal property items from Plaintiffs' son, Larry Millete, who is not a party to this lawsuit.

5. The Complaint alleges Defendants "used excessive force and unlawfully entered the plaintiffs' grandchildren's bedroom..." Compl. ¶ 7, p. 3:16-18. Plaintiffs further allege Defendants unlawfully detained them and their three grandchildren during the searches conducted at their residence on May 7, 2021.[4] Compl. ¶¶ 7-8, p. 3:21-23. Plaintiffs also allege Defendants "patted plaintiffs down and searched their vehicle" on or about October 19, 2021. Compl. ¶ 27.

6. Lastly, the Complaint alleges Defendants caused "harmful or offensive conduct to plaintiffs" when "Plaintiff Benito Leo fell after he was pushed by the police officer." Compl. ¶ 35. The Complaint asserts the alleged harmful and offensive conduct put Plaintiffs "in fear and shock for all the unnecessary, excessive force, inappropriate, unjust and hostile treatment…" *Id.*

7. Plaintiffs allege Defendants caused them to suffer humiliation, severe mental distress, anxiety, and emotional anguish, in addition to loss of monies, attorney's fees, inconveniences, and extra ordinary expenses in an amount to be proven at trial. Compl. ¶¶ 12, 16, 24, 28, and 39. In addition, the Complaint's Third and Sixth Causes of Action seeks an award of punitive damages against Defendants. Compl. ¶¶ 22, 40. Further Plaintiffs' prayer for relief seeks punitive damages against all parties for the matters alleged in the Complaint. Compl. ¶ 42(4).

8. Removal of this case is appropriate pursuant to 28 U.S.C. § 1441 because Plaintiffs' Complaint alleges violations of their rights under the United States Constitution and thus arises under federal law. Compl. ¶¶ 1, 7, 8, 27 and 32. Where a civil action arises under the Constitution or law of the United States, the district courts have original jurisdiction. 28 U.S.C. § 1331. Where a state court complaint alleges a federal claim and

---

[4] The Complaint alleges Defendants engaged in wrongdoing towards Plaintiffs' grandchildren who are not parties to this lawsuit. See Compl. ¶¶ 7, 8, 9, 14, 15, 16, and 34.

state law claims, defendants may remove the action to federal court, and the federal court may exercise supplemental jurisdiction over the state law claims. 28 U.S.C. § 1441 (a) and (c); *City of Chicago. v. Int.'l Coll. of Surgeons,* 522 U.S. 156 (1997). The acts complained of in Plaintiffs' Complaint occurred in Chula Vista, California, which is within this Court's district.

9.  Although Plaintiffs filed their Complaint on May 6, 2022, Defendants were not served until August 9, 2022.

10. There are no amendments to the original Complaint reflected in the Register of Actions for Plaintiffs' civil case number 37-2022-00017223-CU-CR-CTL in the Superior Court of California, County of San Diego as of the filing of this Notice of Removal.

11. As of the filing of this Notice of Removal, there have been no appearances by any Defendants in Plaintiffs' civil case number 37-2022-00017223-CU-CR-CTL in the Superior Court of California, County of San Diego, and the records of the Superior Court reflects Plaintiffs served Defendants on August 9, 2022. The initial case management conference is scheduled for April 21, 2023.

12. A true and correct copy of Plaintiffs' original and only Superior Court Complaint has been filed concurrently herewith as a separate attachment (per the CM/ECF removal filing guidelines).

**WHEREFORE,** civil case number 37-2022-00017223-CU-CR-CTL, now pending in the Superior Court of California, County of San Diego, is removed to this Court.

DATED: September 7, 2022

Respectfully submitted,
GLEN R. GOOGINS, City Attorney,
City of Chula Vista

/s/KAREN ROGAN
KAREN ROGAN, Assistant City Attorney
ERIC ALDEN, Deputy City Attorney
Attorneys for Defendants Chula Vista Police Department and City of Chula Vista