1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  SOUTHERN DISTRICT OF CALIFORNIA
8

9   BENITO LEO MILLETE and            Case No.:  22-cv-1343-WQH-BJC
    JUDITH I MILLETE,
10                                     **ORDER**
                          Plaintiffs,
11
    v.
12
    CHULA VISTA POLICE
13  DEPARTMENT; CITY OF
    CHULA VISTA; and DOES 1–
14  100, inclusive,
15
                          Defendants.
16

17  HAYES, Judge:

18        On October 22, 2024, the Court issued an Order (the "October 22 Order") granting

19  Bonita P. Martinez's request to be relieved as counsel of record for Plaintiffs Benito Leo

20  Millete and Judith I. Millete (collectively, "Plaintiffs"). (ECF No. 39.) The October 22

21  Order stated:

22        IT IS FURTHER ORDERED that, no later than twenty-one (21) days from
          the entry of this Order, Plaintiffs shall file a notice with the Court that
23        indicates: (1) Plaintiffs' current mailing address; and (2) whether Plaintiffs
          will be proceeding pro se or obtaining counsel to represent them in this action.
24        Plaintiffs are cautioned that failing to respond to this Order may result in
25        dismissal of this action without prejudice for failure to prosecute and failure
          to comply with the Court's Order.
26

27
28  *Id.* at 4.

                                       1
                                                              22-cv-1343-WQH-BJC

On November 22, 2024, the Court issued an Order (the "November 22 Order") observing that "[m]ore than twenty-one (21) days have elapsed since the entry of the October 22 Order, and the docket reflects that Plaintiffs have not filed the required notice." (ECF No. 42 at 2.) The November 22 Order further stated:

> Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed without prejudice for failure to prosecute and failure to comply with the Court's Order. Plaintiffs must file a response to this Order on or before December 20, 2024. Plaintiffs' response must also include the information the Court ordered Plaintiffs to provide in the October 22 Order. If Plaintiffs fail to respond to this Order, the Court will dismiss this case without prejudice.

*Id.* The docket reflects that Plaintiffs have not shown cause for their failure to prosecute or comply with the Court's October 22 Order.

IT IS HEREBY ORDERED that this case is dismissed without prejudice. The Clerk of the Court shall close this case.

The Clerk of the Court is instructed to mail a copy of this Order to Plaintiffs at their last known address. (*See* ECF No. 40 at 2.)

Dated:  January 8, 2025

Hon. William Q. Hayes
United States District Court